IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SHAWNA MADISON,                        )
         Plaintiff,                  )
v.                                     )
NATIONAL RAILROAD PASSENGER            )          Case No. 3:18-cv-00110
CORPORATION, d/b/a AMTRAK,             )
     Defendant.                    )

## NATIONAL RAILROAD PASSENGER CORPORATION d/b/a ("AMTRAK'S") STIPULATION FOR DISMISSAL

Come now the parties by their respective counsel and represent to the Court that

the matter in controversy has been settled, and the parties move to dismiss this case

with prejudice.


Respectfully submitted,


/s/  Patrick J. Harrington                           /s/  Harold Abrahamson
HARRINGTON THOMPSON ACKER            Harold Abrahamson, 2322-45
 & HARRINGTON, LTD.                  ABRAHAMSON, REED & BILSE
One North LaSalle Street, Ste 3150   200 Russell Street, 5th Floor
Chicago, Illinois  60602             Hammond, Indiana 46320
Ph:  (312) 332-8811                  Ph: (219) 937-1500
Email:  htah@harringtonlaw.com       Email:  aralawfirm@aol.com
Attys for Plaintiff, Shawna Madison  Attys for National Railroad
                                     Passenger Corp., d/b/a "Amtrak"

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick J. Harrington
HARRINGTON THOMPSON ACKER
 & HARRINGTON, LTD
One North LaSalle Street, Ste 3150
Chicago, Illinois 60602
Ph:  (312) 332-8811
Email: (htah@harringtonlaw.com)


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  NONE.

Respectfully submitted,


 /s/  Harold Abrahamson
ABRAHAMSON, REED & BILSE
Harold Abrahamson #2322-45
8230 Hohman Avenue
Munster, Indiana 46321
Ph:  (219) 595-5306
Email:  aralawfirm@aol.com
Attys for Defendant National
Railroad Passenger Corporation,
d/b/a "Amtrak"

09/2018\Harold\Amtrak-Madison\Amtraks Stipulation for Dismissal